**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01452-WJM-MJW

MATTHEW T. WISNIEWSKI,

      Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC., a Georgia corporation
JANE DOE #1 a/k/a KATRENA CUEVAS, an individual,
JOHN DOE #1 a/k/a MICHAEL COOK, an individual, and
JOHN DOE #2 a/k/a MISTER HILL, an individual,

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**
_____

      This matter comes before the Court on the parties' Stipulated Motion to Dismiss

filed September 30, 2011 (ECF No. 15).  The Court being fully advised hereby

ORDERS as follows:

      The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall

pay his or its own attorneys' fees and costs.

      Dated this 4th day of October, 2011.

                       BY THE COURT:

                       _____

                       William J. Martínez
                       United States District Judge